UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| AMBER NICHOLS, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12CV-76-R |
| | ) | |
| COLLECTION ASSOCIATES, INC., | ) | |
|     Defendant | ) | |

## NOTICE OF REMOVAL

Defendant, Collection Associates, Inc., by counsel, William E. Smith, III, of the law firm of Kightlinger & Gray, LLP, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, hereby files its Notice of Removal of this cause to the United States District Court for the Western District of Kentucky, Louisville Division, from the Jefferson Circuit Court, Division 12, Louisville, Kentucky, and in support of this Motion states:

1. Defendant is the Defendant in the action now pending in the Jefferson Circuit Court, Division 12, Cause No. 12-CI-00212, and Defendant hereby files this Notice of Removal.

2. On January 11, 2012 Plaintiff commenced this cause of action.

3. The Defendant was not served with this action until on or about January 19, 2012.

4. The cause of action stated in Plaintiff's Complaint is for an alleged violation of the Fair Debt Collection Practices Act 15 U.S.C. § Section 1692 et seq ("FDCPA").

5. Pursuant to 15 U.S.C. § 1692k(d), the District Court has jurisdiction over causes of action under the FDCPA.

6. Pursuant to 28 U.S.C. § 1441(b) civil actions on which the District Court have original jurisdiction that are found on a claim or right arising under the laws of the United States, are removable without regard to the citizenship or residence of the parties.

7.  Attached hereto, made a part hereof, and marked as Exhibit "A" is a copy of the Defendant's Notice to Plaintiff and Clerk of the Jefferson Circuit Court, Division 12, of the Defendant's application to remove cause of action to the U.S. District Court, which was sent to the State court contemporaneously with the filing of this Notice of Removal.

8.  Attached hereto, made a part hereof, and marked as Exhibit "B", is a copy of all other pleadings filed in the Jefferson Circuit Court, Division 12.

WHEREFORE, the Defendant, Collection Associates, Inc., by counsel, files its Notice of Removal of this cause of action from the Jefferson Circuit Court, Division 12, to this Court.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

/s/ William E. Smith, III
William E. Smith, III
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by first class mail, postage prepaid this 9th day of February, 2012 to:

Scott A. Walitch
COOPER & FRIEDMAN, PLLC
1448 Gardiner Lane
Suite 301-303
Louisville, KY 40213

/s/ William E. Smith, III
William E. Smith, III

KIGHTLINGER & GRAY, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
Phone: (812) 949-2300/ Fax: (812) 949-8556
E-Mail: wsmith@k-glaw.com

120076 / 1563280-1