12CI00212

| AOC-105 | | Case No. |
| 5-90 | | |
| | | |
| Commonwealth of Kentucky | | Court ___CIRCUIT___ |
| Court of Justice | | |
| | | County ___JEFFERSON___ |
| CR 4.02; CR Official Form | CIVIL SUMMONS | |

AMBER NICHOLS                                                                          PLAINTIFF
4811 Fister Court
Louisville, Kentucky  40258

                                                                        JEFFERSON CIRCUIT COURT
                                               VS.                        DIVISION TWELVE (12)

COLLECTION ASSOCIATES, INC.                                            DEFENDANT
1809 North Broadway
Greensburg, Indiana  47240

        SERVE:   Kentucky Secretary of State
                 Statutory Agent for Process
                 Office of the Secretary of State
                 Room 86, State Capitol
                 Frankfort, KY  40601
                 Via Certified Mail

THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANTS:

        You are hereby notified that a legal action has been filed against you in this Court demanding relief as shown on the document delivered to you with this summons.  Unless a written defense is made by you or by an attorney in you behalf within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

        The name(s) and address(es) of the party or parties demanding such relief against you or his (their) attorney(s) are shown on the document delivered to you with this summons.
                                                                                        , DC

Date:_____**JAN 1 1 2012**_____     Clerk:_____DAVID L. NICHOLSON____
                                                          CIRCUIT COURT CLERK
                                                                  14

                                          By:_____D.C.

**PROOF OF SERVICE**

This summons was served by delivering a true copy and the complaint (or other initiating document) to:

_____

_____

This _____ day of _____, 20 _____.

        **EXHIBIT** "β"          Served By:_____

NO. _____ **12CI00212**   JEFFERSON CIRCUIT COURT
DIVISION _____

AMBER NICHOLS
4811 Fister Court
Louisville, Kentucky 40258   PLAINTIFF

v.   **COMPLAINT**

COLLECTION ASSOCIATES, INC.
1809 N. Broadway
Greensburg, Indiana 47240



Serve:  Kentucky Secretary of State
Statutory Agent for Process
Office of the Secretary of State
Room 86, State Capitol
Frankfort, Kentucky 40601
Via Certified Mail

JEFFERSON CIRCUIT COURT
DIVISION TWELVE (12)

FILED IN CLERKS OFFICE
DAVID L. NICHOLSON, CLERK

JAN 1 , 2012

BY _____
DEPUTY CLERK   DEFENDANT

\*\*\* \*\*\* \*\*\*



Comes the Plaintiff, Amber Nichols, by Counsel, and for her Complaint herein states as follows:

1.      Plaintiff is a resident of the Commonwealth of Kentucky, Jefferson County, residing at the address aforesaid.

2.      Upon information and belief the Defendant, Collection Associates, Inc. (hereinafter "Defendant") is and at all times relevant hereto was a non-resident or foreign corporation or company domiciled within, or having its principal place of business in the State of Indiana.

3.      At all times relevant hereto the Defendant was transacting business within the Commonwealth of Kentucky, and had sufficient minimum contacts with this Commonwealth so as to permit Kentucky to acquire personal jurisdiction over the Defendant.

1

1448 Gardiner Lane, Suites 301-303 • Louisville, KY 40213 • tel: 502.459.7555 fax: 502.451.1698

4.      The Defendant is a "debt collector" as that term is used and defined under 15 U.S.C. Section 1692(a)(6).

5.      The Plaintiff is a "consumer" as that term is used and defined under 15 U.S.C. Section 1692 (a)(5).

6.      This Honorable Court has subject matter jurisdiction over this proceeding pursuant to 15 U.S.C. Section 1692k(d).

7.      In or around October, 2011 Black Diamond Termite and Pest Control ("Black Diamond" or the "Creditor") unlawfully sought to charge the Plaintiff for an alleged consumer debt, as that term is defined in 15 U.S.C. 1692(a)(5), which the Plaintiff disputed and continues to dispute.

8.      Black Diamond then hired or retained the Defendant, as a third party collector, to collect the disputed consumer debt from the Plaintiff.

9.      In or around November, 2011 the Defendant initiated collection efforts on behalf of the Creditor to collect the alleged consumer debt from the Plaintiff. Such collection efforts included, but may not have been limited to, phone calls and contacts with the Plaintiff, including written correspondence dated November 11, 2011.

10.     Defendant's collections efforts and attempts, in one or more instances, were false, misleading, harassing, deceptive, abusive, or otherwise in violation of 15 U.S.C. Section 1692 (d), (e) and (f). Such instances of generally false, deceptive, unfair and harassing conduct include, but may not be limited to attempting to collect a consumer debt which is not valid or legally owed or supported at law; threatening to report the alleged but disputed consumer debt to a consumer credit reporting agency; and/or, communicating with the Plaintiff directly in relation to the disputed debt, despite notice that the Plaintiff was otherwise represented by legal counsel, among other violations.

11.     Together or in the alternative, Defendant violated 15 U.S.C. Section 1692 (f)(1) by charging, assessing, or attempting to collect interest, fees, or charges incidental to the alleged principal obligation where were not expressly authorized by any agreement creating the debt or otherwise permitted by law.

12.     As a result of the Defendant's violations of the above identified statutes and/or other provisions of Pub. L. 90-321, Title VIII, Sec. 802, as added/amended by Pub. L. 95-109, Sept. 20, 1977, 91 Stat. 874 (hereinafter commonly referred to as the Fair Debt Collection Practices Act or "FDCPA" or "Act"), the Plaintiff has suffered actual damages in an amount or amounts to be proven at trial and/or is otherwise entitled to recover such damages for each violation of the FDCPA.

13.     Together or in the alternative, pursuant the FDCPA the Plaintiff is entitled to recover statutory damages for each violation of the Act.

14.     The Defendant's conduct in whole or in part was willful, malicious, oppressive, fraudulent and/or undertaken with a reckless disregard for the rights of the Plaintiff entitling the Plaintiff to an award of punitive damages.

15.     Pursuant to 15 USC § 1692k(a)(3) Plaintiff is entitled to recover attorneys fees incurred as a successful litigant in this action.

16.     For all purposes in this action, including issues related to potential claims of diversity jurisdiction should same be asserted by the Defendant in this cause, Plaintiff stipulates that the amount in controversy in this litigation, exclusive of interest and costs, does not exceed $75,000.00.

**WHEREFORE**, Plaintiff by counsel demands:

1.  Judgment against the Defendant for a fair and reasonable amount, not to exceed $75,000.00, sufficient to compensate her for her actual damages above alleged or, in the alternative, statutory damages for each violation of the Act as may be proven in evidence, not to exceed $75,000.00;

2.  Punitive damages, to the extent the Defendant's conduct should be determined by the trier of fact to have been malicious, oppressive, fraudulent, or reckless, which damages together with any actual or statutory damages awarded shall not exceed $75,000.00;

3.  Her attorney fees incurred herein;

4.  Trial by jury on all issues so triable;

5.  Her costs herein incurred, and interest on any judgment awarded at the then prevailing and applicable judgment rate;  and,

6.  Any and all other proper relief to which Plaintiff may appear entitled.

Respectfully submitted,

COOPER & FRIEDMAN, PLLC

SCOTT A. WALLITSCH
1448 Gardiner Lane
Suites 301-303
Louisville, Kentucky  40213
502-459-7555
*Counsel for the Plaintiff*

4

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Alison Lundergan Grimes
Secretary of State

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718
Phone: (502) 564-3490
Fax (502) 564-5687

FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO. 12-CI-00212

DEFENDANT:   **COLLECTION ASSOCIATES, INC.**

DATE:   January 30, 2012

USPS Certified Mail ID: 71922677001001451104

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

January 18, 2012

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

January 18, 2012

The US Postal Service has provided a scanned image of the return receipt confirming receipt of summons.  The image is provided to the right of this page.

Circuit Court Clerk
Jefferson County, Division: 12
700 West Jefferson St.
Louisville, KY 40202

---

FILED IN CLERK'S OFFICE 01/30/2012
JEFFERSON CIRCUIT CT.

2012 FEB  2  AM 11: 27

KENTUCKY SECRETARY OF STATES OFFICE - CO

CLERK 15

BY

---

**UNITED STATES**
**POSTAL SERVICE**₀

The following is the delivery information for Certified Mail™ item number 7192 2677 0010 0145 1104. Our records indicate that this item was delivered on 01/25/2012 at 09:44 a.m. in GREENSBURG, IN, 47240. The scanned image of the recipient information is provided below.

Signature of Recipient:

B. Thomson

Address of Recipient:

Box 349

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,

United States Postal Service

