UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| AMBER NICHOLS,<br>　　Plaintiff | )<br>)<br>) |
| v. | )　　CASE NO. 3:12-cv-00076-TBR<br>) |
| COLLECTION ASSOCIATES, INC.,<br>　　Defendant | )<br>) |

## **ORDER OF DISMISSAL**

The Plaintiff, Amber Nichols, and the Defendant, Collection Associates, Inc., having filed their Stipulation of Dismissal, and the same having been submitted for the consideration of the Court, and the Court being duly advised in the premises, and it appearing to the Court that all claims in this cause have been fully compromised and settled.  The Court now approves the parties' Stipulation of Dismissal and it is;

ORDERED by the Court that this cause be, and the same is hereby dismissed with prejudice and said parties are to pay their own costs.